UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CARLOS VANCE WATTS, JR.,

      Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

**(Felony Escape)**

On or about December 12, 2022, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**CARLOS VANCE WATTS, JR.**

escaped from an institution and facility in which he was confined by virtue of process issued by the United States District Court for the Western District of Michigan under the laws of the United States, and this custody was based on a conviction on a felony charge of a violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(iii), and on a conviction on a felony charge of a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

18 U.S.C. § 751(a)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
KATE ZELL
Assistant United States Attorney