UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
CRIMINAL MINUTE SHEET

| USA v. CARLOS VANCE WATTS, JR. | | | DISTRICT JUDGE: Robert J. Jonker | |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:23-cr-39 | 7/3/23 | 11 - 11:03 a.m. 1:05 - 1:34 p.m. | Grand Rapids | |

**APPEARANCES**

| Government: Erin Lane / Jonathan Roth | Defendant: James Fisher / Sean Tilton | Counsel Designation: FPD Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment: __ mute __ nolo contendre __ not guilty __ guilty<br>__ Final Pretrial Conference<br>__ Detention (waived __)<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: _____<br><br>Court to Issue:<br>__ Order of Detention<br>✓ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other: _____ | Charging Document:<br>X Read   __ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the Indictment<br>Count(s) to be dismissed at sentencing: _____<br>✓ Presentence Report Ordered<br>__ Presentence Report Waived<br>✓ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>✓ No Written Plea Agreement |

**SENTENCING**

| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted:  __ Yes __ No<br>Defendant informed of right to appeal:  __ Yes __ No<br>Counsel informed of obligation to file appeal: __ Yes __ No<br>Conviction Information:<br>    Date: _____<br>    By: _____<br>    As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Time set for final pretrial conference.  Defense asks for additional time.  Parties to return at 1:00 p.m.
Defendant returns to Court and pleads guilty to Indictment.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |