UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 1:23–cr–39

   v.                                   Hon. Robert J. Jonker

CARLOS VANCE WATTS, JR,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:  November 3, 2023  02:00 PM
Judge:  Robert J. Jonker
Place/Location:  699 Federal Building, Grand Rapids, MI

ROBERT J. JONKER
United States District Judge

Dated:  July 3, 2023      By:   /s/ Susan Driscoll Bourque
                                                 Case Manager