Honorable, Robert J. Jonker

    I am writing you this letter to inform you that I would like to withdrawl my plea of guilt that I entered on July 3rd 2023 (1:23-cr-39). As you could plainly see I was not in my right state of mind (Demeanor) on that day. An upon further reflection an newly gleaned information, I believe it is in my best interest to go to trial, whether it be jury or bench.

    Thank you for your time and consideration in regards to this matter sir...

                        Respectfully, Carlos V. Watts Jr.
                                      7-9-23

FILED (GR) U.S. District Court Clerk JUL 14 2023 Western Michigan

Carlos Watts Jr #000061504
1035 E. James street
P.O. Box 845
White cloud, MI
49349



Attn: Honorable Robert J. Jonker
United States district Judge
United states district court
Western district of Michigan
110 Michigan street, N.W.
Grand Rapids, Michigan
49503



49503-236399