Honorable Robert J. Jonker

    I am writing you to request a hearing to aquire alternate council in my defense in the matter of case #1:23-cr-39. I am making this request due to the fact that the attorney currently assigned for my deffense has been inefective for the following reasons to present all the "evidence and witnesses" in my case! He an I, also have had conflict of interests reguarding my defense. Namely, convincing me to plead guilty against my better judgement. I hope that the court will take my request with the up most seriousness as these matters weigh heavily on my mind and in my heart. This is my future and freedom on the line an believe I should be given the best possible representation and am entitled to a sound defense of which up to this point I have not been given.

    Thank you for your time and consideration in regards to this matter at hand.

Respectfuly Carlos V. Watts Jr.
7-9-23

Carlos Watts JR #000061504
newaygo county jail
P.O. Box 845
White cloud MI 49349



ATTN: Hon. Robert J. Jonker
United States district Judge
United States district court
Western district of Michigan
110 michigan street N.W.
Grand Rapids, MI 49503



49503-236399