Exhibit A

*pro se* letter

received 12/26/23

. GR
December 26, 2023 2:10 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC   SCANNED   KB 12/27

The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

E UNITED STATES OF AMERICA,
Plaintiff, v
RLOS VANCE WATTS JR,
Defendant

Case No. 1:23-CR-39

HON. ROBERT J. JONKER
U.S. District court Judge

## DEFENDANTS OBJECTIONS TO INITIAL PRESENTANCE INVESTIGATION REPORT

DEFENDANT CARLOS VANCE WATTS, JR. through pro-se, has reviewed the initial presentence investigation report (PSIR) filed in this case on November 25, 2023. See R.E. 56: Initial PSIR, Page ID # 295-319, and submits the following objections:

1) Paragraph 9 of the PSIR indicates that Mr. WATTS girlfriend H.K. left her residence to pick up Mr. WATTS from his place of employment, (The Park Club of Kalamazoo). H.K. was never hard from or seen again. Mr. WATTS disagrees for the following reasons. (1) H.K. left her residents on 12-10-22, to pick up her brother Timothy Kelley. At "9:28 P.M." H.K. is seen on camera (Circle K gas station/sprinkle Rd.) Please see the investigation reports from The FBI, and KTPD (Kalamazoo Township Police Department). To review video footage. Mr. WATTS is not with H.K. for he is at work until 10:31 pm. Google map places this distance 9 minutes apart. Not 1 hour and 3 minutes! (2) On 12-11-22 at 3:20: am Mr. WATTS txt Timothy Kelley (FB messenger) then again until Timothy Kelley started threatening to kill Mr. WATTS and his family members. Prior to the threats at 3:20:43am mr. WATTS stated to Timothy Kelley "Bro she told me she was going 2 u, she said u wurrr trouble." At 3:23:16am mr. WATTS asked Timothy Kelley this question; "Did u not txt saying this or was dat a lie she told me"? At 3:23:57am Timothy Kelley responded

back to Mr. WATTS "I did". On 12-11-22. Timothy Kelley txt Mr. WATTS at 9:05:42 stating: "HEy I tracked her gps, she at my cousins crib." Please see attached Exhibit: 6,7,8 these txt messages... Mr. Watts reiterates an "emphatically" says; H.K. Did not leave her residence to come pick him up from work! (3) Mr. WATTS admitts he last seen H.K. on 12-10--22. On 12-12-22 Mr. WATTS left K-pep because "his life was in danger". Mr. WATTS has No related cases, nor has he been relevant conducted. Paragraph 9 needs to be removed from Mr. WATTS PSIR...

2) Paragraph 12 of the PSIR indicates that Mr. WATTS met with his brother Jordan Watts. Approximately three hours later, police found H.K. Vehicle abandoned on the side of the road. H.K. blood was on the front and back seats. There was a small hole in the drivers window. The drivers seat was partially burnt, with "charring and trace of gasoline" evidence. and. About a half mile away, H.K. clothes (underwear, jeans, boots) and A du-rag. Mr. WATTS DNA was on H.K. Jeans. Mr. WATTS disagrees and object, For the following reasons. (1) Please review Kalamazoo county sheriffs office/TKPD for the initial officers on the seen interviewed witnesses and what "the witnesses reported" was an assailant driving a "red pick up truck" a black and white Crysler 300 SRT that burned H.K. Car. Nor did they describe a 260 lb six foot black male that is 30 years old. (2) Mr. WATTS contends that Kalamazoo county jail illegally siezed his clothes (Du-rag) an planted that evidence. Please see county jail book in footage/BCPD Arrest/ and then see the footage of Mr. WATTS being booked out into U.S. Marshals custody. Then review newaygo property log of Mr. WATTS... Where did his clothes go (Du-rag)? The DNA analysis report H1: GR22-6725-1d states CARlos WATTS and three unrelated, unknown contributors. DNA is on that Du-rag. Mr. watts friend Curtis Johnson and family (mother/son/Brother) wants to also give their DNA to prove Mr. WATTS Du-rag was tampered with. Mr. WATTS has not seen

this family since 2010 prior to his arrest. He stayed with them until his arrest so for their DNA to be on his durag and clothes only supports his claim. (3) Mr. WATTS agrees along with PSIR that he has No codefendants, No related cases, nor any relevant conduct. Paragraph 12 needs to be removed from the PSIR...

3) Paragraph 13 of the PSIR indicates that Mr. WATTS used a pair of scissors located at a desk at K'pep to cut off his tether and further indicates that this act is shown on video. Mr. WATTS disagrees. He admits that he "ripped off" his tether, after it came to his attention that staff member (K'PEP) Edwin Kelly "might have been related to Timothy Kelley" and could send Timothy Kelley to his location (GPS). This occurred outside K'PEP building after he left... Paragraph 13 needs to be removed.

4) On 12-13-22. Investigators initiated a traffic stop on a vehicle operated by Jordan WATTS an attempt to locate Mr. Watts. This is "paragraph 14". They claim they located pieces of vehicle windshield glass, a screwdriver with glass embedded in the handle, and two liters in his pocket. Mr. WATTS argues this nonsense because Jordan WATTS was never arrested for arson. Plus Mr. WATTS escape K'pep on the 12th of December by walking himself through a door. Not digging a hole with a screwdriver. Mr. WATTS agrees That he has No related cases, No codefendants, nor any relevant conducts. This opose, alleged incident has nothing to do with Mr. WATTS escape from K'pep. an needs to be removed from his PSIR (Paragraph 14).

5) Paragraph 15 states on 12-14-2022, The MSP fugitive team was brought in to asist the KSCO and PPD (Portage police department) with finding Mr. WATTS after investigator learned he was at 88 Hazel street (Battle creek) BCPD "attempted" to arrest Mr. WATTS:

however he barricaded himself inside of the residence for a period of time before eventually surrendering without incident. The defendant was lodged at the Kalamazoo County Jail. Mr. WATTS "emphatically" disagrees'. Mr. WATTS never barricaded nothing in that house and contends that he was in touch with Corpal Brown the entire time Plus Mr. WATTS and Corpal Brown (BCPD) agreed with each other as soon as his brother Jordan WATTS arrives in Battle creek that he would surrender. the problem was Jordan WATTS car was temporay siezed by KPD an he was waiting on a ride. The attorney wanted Mr. WATTS phone to secure the threatening txt messages plus Mr. WATTS was terrified of being shot by BCPD an wanted a witness to be present. As soon as Jordan WATTS arrived, Mr. WATTS honored his word to Corpal Brown an surrendered. Please contact Corpal Brown for the house was never barricated!

6) Paragraph 19, 20, and 29 of the PSIR deal with a potential adjustment for "acceptance of responsibility." Mr. WATTS contends that he is entitled to a two-level adjsment for acceptance. He pleaded guilty and admitted that he committed the offense. His motion to withdraw his guilty plea focused on his fear of being attacked at K-pep. Plus former attorney James Fisher Coercion lies (Life sentence). That fear should not prevent him from receiving the credit for acceptance.

7) Paragraph 117 of the PSIR deal with a potential adjustment for 18 U.S.C § 3553 (A) Mr. WATTS contends that he is entitled to a two-level sentence reduction outside of the advisory guideline system. For these following reasons (1) Paragraph 10, 11 shows the necessity, duress, and justification for Mr. WATTS true intentions for leaving. (2) On 12-13-22 at 5:17:31 Mr WATTS along with his brother Jordan WATTS had attempted to turn himself back in to federal custody. Jordan WATTS personally went up to K-pep to get my agents info. (Please see K-pep video Footage (12-13-22 5:17:31 PM). The K-pep staff kept telling Mr. WATTS and his family to turn himself back into K-pep not a county jail, nor the federal building (Grand rapids) Mr. WATTS was never going back to kpep willingly!

Mr. WATTS has no other objections to the PSIR

CARLOS VANCE WATTS JR
By Carlos V. Watts JR

Date: 12-18-23

Exhibit (b)

---

6/1/23, 8:35 AM — Tim Kelley — Cj Solodolo   Home

Cj Solodolo

Bro she told me she was going 2 u
Dec 11, 2022 3:20:43am  ← me

**Tim Kelley**

Hey tell sis her kids are looking for her
Dec 11, 2022 3:17:43am   ← Him is Timothy Kelley

Cj Solodolo

Sorry did not see this
Dec 08, 2022 2:10:39am

Cj Solodolo

Yessir
Dec 08, 2022 2:10:10am

**Tim Kelley**

?
Dec 08, 2022 12:51:50am

**Tim Kelley**

Did she make it to u
Dec 08, 2022 12:39:43am

**Tim Kelley**

She on her way to u
Dec 08, 2022 12:31:32am

Cj Solodolo

Can u have someone over thurrr hit me up

file:///W:/Clients/James Fisher/Watts, Jr., Carlos, Vance. GID4447/3-Investigation/Facebook Message Download - Watts/messages/inbox/timkelley_... 15/27

---

6/1/23, 8:35 AM — Tim Kelley — Cj Solodolo   Home

Cj Solodolo

Plz bro
Dec 08, 2022 12:22:38am

Cj Solodolo

Can u have her call me
Dec 08, 2022 12:21:55am

**Tim Kelley**

Was at the house coming when I called
Dec 08, 2022 12:21:35am

Cj Solodolo

Wurrr is she at now
Dec 08, 2022 12:21:21am

**Tim Kelley**

Idk
Dec 08, 2022 12:20:53am

Cj Solodolo

They all hate me don't they
Dec 08, 2022 12:20:47am

Cj Solodolo

Yup
Dec 08, 2022 12:20:37am

**Tim Kelley**

Oh idk

file:///W:/Clients/James Fisher/Watts, Jr., Carlos, Vance. GID4447/3-Investigation/Facebook Message Download - Watts/messages/inbox/timkelley_... 16/27



⑦ Exhibit

**Right is 1st side (6/1/23, 8:35 AM — Tim Kelley / Cj Solodolo):**

- Cj Solodolo: She told me u texted her — Dec 11, 2022 3:22:07am  ← me
- Cj Solodolo: Noooo — Dec 11, 2022 3:21:55am  ← me
- Tim Kelley: Wtf — Dec 11, 2022 3:21:52am  ← Him  (WtF Means What the Fuck)
- Tim Kelley: Ya advise — Dec 11, 2022 3:21:48am  ← Him
- Cj Solodolo: Wtf Timmy is going on — Dec 11, 2022 3:21:46am  ← me
- Cj Solodolo: Idk she said u txt her stating u needed her help — Dec 11, 2022 3:21:29am  me
- Tim Kelley: To me for what — Dec 11, 2022 3:20:56am  ← Him
- Cj Solodolo: She said u wurrr in trouble  ← me

**Left is 2nd side (6/1/23, 8:35 AM — Tim Kelley / Cj Solodolo):**

- Cj Solodolo: Going with her — Dec 11, 2022 3:24:35am  ← me
- Cj Solodolo: She even claims Sarah 2 was — Dec 11, 2022 3:24:24am  ← me  (Sarah is Heather Kelley sister)
- Tim Kelley: I did — Dec 11, 2022 3:23:57am  ← Him
- Tim Kelley: Ya — Dec 11, 2022 3:23:54am  ← Him
- Cj Solodolo: Did u not txt her saying this or was dat a lie she told me — Dec 11, 2022 3:23:16am  ← me
- Cj Solodolo: Yes — Dec 11, 2022 3:22:47am  ← me
- Tim Kelley: Ya — Dec 11, 2022 3:22:34am  ← Him
- Cj Solodolo: Thus was earlier  ← me

(she "Heather" told me she was going to Tim cause he was in trouble. I never saw her again. He "Tim" just admitted to that he did txt her telling her he was in trouble an needs her help!!! she went to him, at least she told me she was... (Face time))

left is 2nd side

Right is 1st side



Exhibit 8

**Left page (11/27):**

6/1/23, 8:35 AM — Tim Kelley — Cj Solodolo Home

Tim Kelley: I'm talking about heather ← Him
Dec 11, 2022 9:13:14am

Cj Solodolo: Oooops I already did ← me
Dec 11, 2022 9:13:11am

Cj Solodolo: Liam is Natalie timmy ← me (This is heather Kelley daughter / she is a transgender)
Dec 11, 2022 9:12:57am

Tim Kelley: Don't tell her I told u where she at but I been trying to get ahold of them over there ← Him
Dec 11, 2022 9:12:54am

Cj Solodolo: Can u have urrr cousin wake her up plz bro ← Me
Dec 11, 2022 9:12:28am

Cj Solodolo: I'm on da phone wit Liam now for I have a 10 min break ← Me
Dec 11, 2022 9:12:07am

Tim Kelley: She at my cousin's crib ← Him
Dec 11, 2022 9:05:42am

Tim Kelley: Hey I tracked her gps ← Him

**Right page (12/27):**

6/1/23, 8:35 AM — Tim Kelley — Cj Solodolo Home

Cj Solodolo: I'm at work and my boss Chad is a d**** ← Me
Dec 11, 2022 8:05:30am

Cj Solodolo: She not answering me ← Me
Dec 11, 2022 8:05:10am

Tim Kelley: Idk eaither she ain't been online in 8 hrs ← Him
Dec 11, 2022 6:56:24am

Cj Solodolo: The video chat ended. ← We face timing each other  Duration: 3 r
Dec 11, 2022 4:10:01am

Tim Kelley: Idk bro ← Him
Dec 11, 2022 4:02:23am

Cj Solodolo: Bro Her s**** still going 2 voicemail ← Me
Dec 11, 2022 4:02:12am

Tim Kelley: Idk ← Him
Dec 11, 2022 3:25:09am

Cj Solodolo: So u tell me wurrr is she

Carlos Watts JR 61504
P.O. Box 845
White cloud MI
                    49349

ATTN: Clerk of court
       United states District court
       685 Gerald R Ford Federal Building
       110 Michigan street, NW
       Grand Rapids MI
                        49503