Exhibit C

*pro se* letter

received 1/9/24

Clerk of Courts                                Case # 1:23-cr-39        1-1-24

I'm writing this letter for several reasons. I'm requesting to have the following people and physical evidence subpoenaed to my sentencing hearing on January 12, 2024. So that both parties (Government/Defense) can present their evidence and witnesses to support their claim to the "PSR"

1) Every officer who was present on 12-11-22 at K·pep (532 Chicago Ave Kalamazoo MI)

2) The officers Body camera who was present at K·pep on 12-11-22

3) K·pep video footage on 12-11-22, 12-12-22, and 12-13-22.

4) K·pep phone records on 12-12-22 and 12-13-22

5) Officer Brown that was on scene in Battle Creek Michigan on 12-14-22

6) The arresting officer Body camera that originally placed the restraints on Carlos Watts Jr in Battle Creek on 12-14-22.

7) Kalamazoo county jail booking (into custody) on 12-14-22 video footage of Carlos Watts Jr

8) Kalamazoo county jail release to us marshal custody video footage on 12-16-22

9) Kalamazoo county jail Property log of Carlos Watts Jr on 12-14-22

10) Phone records (269) 832-5565 (conversation) of Carlos Watts Jr jail calls in newaygo

11) Phone records (269) 464-6284 (conversation) of Carlos Watts Jr jail calls in newaygo

12) Curtis Johnson  Home owner of 58 Hazel St Battle Creek MI

13) Jordan Watts  (us marshal custody)

14) The Protective order for "discovery materials" that Hon. Robert J. Jonker Granted to be released to my attorney on June 27 2023... To this date of 1-1-24 the government has not disclosed these materials which is a violation to Rule 16(d)!  (ECF NO. 29, Page ID.99)

15) Carlos Watts Jr Face Book conversation with Timothy Kelley on 12-11-22.

16) Search and seized warrant (Report # 22-41014/P70627) 8th judicial district County of Kalamazoo

17) Newaygo county jail Property list.

18) B.O.P "Debit card" transaction on 7-28-22 (Family/General Dollar)

CASE NO # 1:23-cr-39

I've wrote the Hon. Robert J. Jonker a few letters explaining to him the in affective assistance that I've been receiving from counsel Scott Graham (Defense attorney). Hon. Robert J. Jonker assertively explained to me, to stop writing him an instead write (communicate) my attorney. He has not done what I've been requesting (object to my PSR). When in fact he knows 100% that prosecutor Erin K lane has been tampering with evidence.

On 6-29-23 filed a response to my (Defense motion in limine) motion ECF NO. 31 Page ID. 118 paragraph (5) Phone location data placed me and H.K. together and how we traveled in tandem untill 11:00 pm. She also claims (Erin K lane) she has witnesses.

On 8-10-23 Me, counsel Scott Graham, Erin K. lane, and a room full of other government employees had a secret meeting that I Carlos Vance Watts Jr did not request. In this meeting Erin K lane showed me evidence from the protective order for "Discovery materials" ECF NO. 29 page ID 99. That Hon. Robert J. Jonker signed on 6-27-23. She (Erin K lane) threatend me (Carlos V. Watts JR) with the Death penalty. I was not allowed to speak during this process, but I pointed out to my attorney Scott Graham that Erin K. Lane just showed a picture of H.K. inside of circle k gas station in portage michigan on sprinkle Rd at "9:28 PM" on 12-10-22. And I'm at work in Kalamazoo Michigan (Park club) until 10:31 PM.

Erin K lane Also released this information to the media (WoodTV/ Ken Kolker).

Previous assistant counsel Sean Tilton kept saying to counsel (former) James Stevenson Fisher that this data was tampered with (cell location). Along with me! Once attorney Scott Graham explained to Erin K. lane what I discovered (Her tampering with evidence) she dropped her aproach all together with the cell phone data... However, I can prove that she also is tampering with the Du-rag evidence. For it was on me when I got arrested. An when I left the jail, all my clothes were gone! I can prove HK did not come to pick me up. I can prove that witnesses seen a red pick up truck and "not my brother" burn HK vehicle..."

I have No related cases, I have no co-defendants, I'm not being relevant

1-1-24

up truck burn H.K. vehicle and "not my" Brother."

I have no related cases, I have no co-defendants, I'm not being relevant conducted. The government is putting lies into my PSR to manipulate Hon. Robert J. Jonker. I Carlos Vance Watts JR. beg the courts to allow my subpoena list to be processed so I can have a fair chance at objecting to my PSR.

Carlos V. Watts JR
1-1-24



MR. CARLOS V. WATTS, JR.
2316897024
NEWAYGO COUNTY JAIL
1035 EAST JAMES STREET
WHITE CLOUD MI 49349

61504        LTR        1 OF 1
             RS

SHIP TO:

Clerk of court
685 Gerald R Ford Federal Building
110 michigan st NW
Grand rapids MI 49503

MI 495 9-08

(420) 49503-2313

**UPS NEXT DAY AIR**          1
TRACKING #: 1Z 84X V90 84 9107 0352

BILLING: P/P
DESC: Legal documents
RETURN SERVICE

Reference #1: Watts

XOL 23.09.06      NV45 40.0A 10/2023*

**Extremely Urgent**